422 A.2d 1168

Commonwealth v. Woodell, Appellant.

Argued March 19, 1979. John M. Smith, for appellant; E. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.